SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:     SGugino@klnevada.com

Attorneys for Defendants
BOYD GAMING CORPORATION and
M.S.W., INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| CALVIN KAWAMURA, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BOYD GAMING CORPORATION, et al.,<br><br>　　　　Defendants. | CASE NO. 2:13-cv-00203-JCM-GWF<br><br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANTS BOYD GAMING CORPORATION AND M.S.W., INC. DBA MAIN STREET STATION CASINO, BREWERY AND HOTEL** |
| BOYD GAMING CORPORATION, a Nevada corporation; M.S.W., INC., a Nevada corporation, dba MAIN STREET STATION CASINO, BREWERY and HOTEL,<br><br>　　　　Third-Party Plaintiffs,<br><br>vs.<br><br>CHRISTOPER E. CORSON,<br><br>　　　　Third-Party Defendant. | |

　　　　Salvatore C. Gugino, Esq. of Kolesar & Leatham is hereby substituted in as attorneys for Defendants, Boyd Gaming Corporation and M.S.W., Inc., dba Main Street Station Casino,

1433767.doc                Page 1 of 4

1 | Brewery and Hotel, in the above entitled action, in place of Randall K. Schmidt, Esq. and Jesse

2 | John Thomas Smith, Esq. of the Law Firm of McCorriston Miller Mukai MacKinnon LLP.

3 |     DATED this __11__ day of June, 2013.

BOYD GAMING CORPORATION

By _____
THOMAS F. TWESME, ESQ.
Vice President and Assistant
General Counsel
6465 South Rainbow Blvd.
Las Vegas, Nevada 89118

I hereby consent to the above and foregoing substitution.

Dated __18th__ day of June, 2013.

McCORRISTON MILLER MUKAI
MacKINNON LLP

By _____
Randall K. Schmidt, Esq.
Jesse John Thomas Smith
Five Waterfront Plaza Suite 400
500 Ala Moana Blvd.
Honolulu, HI 96813

Attorneys for Defendants BOYD GAMING
CORPORATION and M.S.W., INC. DBA MAIN
STREET STATION, CASINO, BREWERY AND
HOTEL

...
...
...
...
...
...
...
...
...

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

Brewery and Hotel, in the above entitled action, in place of Randall K. Schmidt, Esq. and Jesse John Thomas Smith, Esq. of the Law Firm of McCorriston Miller Mukai MacKinnon LLP.

DATED this __11__ day of June, 2013.

        BOYD GAMING CORPORATION

By _____
THOMAS F. TWESME, ESQ.
Vice President and Assistant
General Counsel
6465 South Rainbow Blvd.
Las Vegas, Nevada 89118

I hereby consent to the above and foregoing substitution.

Dated __14th__ day of June, 2013.

        McCORRISTON MILLER MUKAI
        MacKINNON LLP

By _____
Randall K. Schmidt, Esq.
Jesse John Thomas Smith, Esq.
Five Waterfront Plaza Suite 400
500 Ala Moana Blvd.
Honolulu, HI 96813

Attorneys for Defendants BOYD GAMING CORPORATION and M.S.W., INC. DBA MAIN STREET STATION, CASINO, BREWERY AND HOTEL

...
...
...
...
...
...
...
...
...

I hereby accept the above and foregoing Substitution as Attorneys for Defendants, Boyd Gaming Corporation and M.S.W., Inc. d/b/a Main Street Station Casino, Brewery and Hotel and consent to the above and foregoing substitution.

Dated this ___ day of June, 2013.

KOLESAR & LEATHAM

By _____
Salvatore C. Gugino, Esq.
Nevada Bar No. 002268
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendants BOYD GAMING CORPORATION and M.S.W., INC. DBA MAIN STREET STATION CASINO, BREWERY AND HOTEL

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**Dated:  June 19, 2013**