SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: SGugino@klnevada.com

WALTER C. CANNON, ESQ.
Nevada Bar No. 001505
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile  (702) 383-0701
E-Mail: wcannon@ocgas.com
E-Mail: tdillard@ocgas.com

Attorneys for Defendants
BOYD GAMING CORPORATION and
M.S.W., INC.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CALVIN KAWAMURA, et al., | CASE NO. 2:13-cv-00203-JCM-GWF |
| Plaintiffs, | |
| vs. | |
| BOYD GAMING CORPORATION, et al., | **STIPULATION AND ORDER TO MOVE HEARING DATE ON ALL PENDING MOTIONS SCHEDULED TO BE HEARD ON JULY 9, 2014 TO AUGUST 8, 2014 AT 9:30 A.M.** |
| Defendants. | |
| BOYD GAMING CORPORATION, a Nevada corporation; M.S.W., INC., a Nevada corporation, dba MAIN STREET STATION CASINO, BREWERY and HOTEL, | |
| Third-Party Plaintiffs, | |
| vs. | |

CHRISTOPER E. CORSON,

    Third-Party Defendant.

The parties hereto, by and through their undersigned counsels, hereby STIPULATE and AGREE that the following Motions (together with any applicable Responses, Oppositions, Reply and other briefs to the extent that they have not yet been filed) shall be, and the same hereby are, continued for hearing from 10:00 a.m. on July 9, 2014, to 9:30 a.m. on August 8, 2014:

    1.  Plaintiffs' Motion to Compel Production of Documents (# 131);

    2.  Defendants' Motion To Compel Requests For Production Of Documents (#134) ;

    3.  Defendants' Emergency Motion To Quash Subpoenas And Depositions And For Protective Order (#142);

    4.  Defendants' Motion To Exclude Ken Braunstein As Plaintiffs' Expert Witness And As Their Rebuttal Witness (#144);

    5.   Plaintiffs' Cross Motion To Amend The Discovery Plan And Scheduling Order To Take Additional Depositions, And For Sanctions Against Defendants (#146);

    6.  Plaintiffs Motion to Quash Subpoena and For Protective Order Regarding Ken Braunstein (#148); and

    7.  Defendant's Motion for an Order Limiting Electronic Access To, or Prohibiting the Electronic Filing of Certain Specifically-Identified Materials (#152).

. . .

. . .

. . .

. . .

1686702 (8631-31)

1   It is further STIPULATED and AGREED that the hearing date of 10:00 a.m. on July 9, 2014 be, and the same hereby is, vacated.

DATED this 3rd day of July, 2014.

| **KOLESAR & LEATHAM** | **OLSON, CANNON, GORMLEY ANGULO & STOBERSKI** |
|---|---|
| By: */s/ Salvatore C. Gugino, Esq.*<br>SALVATORE C. GUGINO, ESQ.<br>Nevada Bar No. 2268 | By: */s/ Walter R. Cannon, Esq.*<br>WALTER C. CANNON, ESQ.<br>Nevada Bar No. 1505 |
| *Attorneys For Defendants*<br>*BOYD GAMING CORPORATION*<br>*And M.S.W., INC.* | *Attorneys For Defendants*<br>*BOYD GAMING CORPORATION*<br>*And M.S.W., INC..* |
| **GOODSILL ANDERSON QUINN & STIFFEL** | **DEANER, MALAN, LARSEN & CIULLA** |
| By: */s/ Edmund K Saffery, Esq.*<br>Edmund K. Saffery, Esq.<br>*Admitted Pro Hac Vice*<br>Regan M. Iwao, Esq.<br>*Admitted Pro Hac Vice*<br>Scott K.D. Shishido, Esq.<br>*Admitted Pro Hac Vice*<br>Thomas L. Benedict, Esq.<br>*Admitted Pro Hac Vice* | By: */s/ Anthony Ciulla, Esq.*<br>Anthony Ciulla, Esq.<br>Nevada Bar No. 5913 |
| *Attorneys For Plaintiffs*<br>*Calvin Kawamura and*<br>*Jeanie Kawamura* | *Attorneys For Plaintiffs*<br>*Calvin Kawamura and*<br>*Jeanie Kawamura* |

**ORDER**

IT IS SO ORDERED this __8th__ day of July, 2014.

_____
UNITED STATES MAGISTRATE COURT JUDGE

Submitted by:

KOLESAR & LEATHAM

*/s/ Salvatore C. Gugino, Esq.*
_____
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268

Attorneys for Defendants
**BOYD GAMING CORPORATION**
**and M.S.W., INC.**

1686702 (8631-31)