# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN KAWAMURA and JEANIE KAWAMURA, <br><br> Plaintiffs, <br><br> vs. <br><br> BOYD GAMING CORPORATION, *et al.*, <br><br> Defendants. | Case No.  2:13-cv-00203-JCM-GWF <br><br> **ORDER** |

This matter comes before the Court on the Defendants' Notice of Disassociation of William D. Schuller, Esq. as Attorney for Defendants (#198), filed on September 15, 2014.  Defendants represent that Mr. Schuller is no longer associated as counsel for Defendants Boyd Gaming Corporation and M.S.W., Inc., and therefore request that Mr. Schuller be removed as counsel of record.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall remove Mr. William D. Schuller, Esq.  as counsel of record for Defendants Boyd Gaming Corporation and M.S.W., Inc., in CM/ECF.

DATED this 17th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge