**DEANER, MALAN, LARSEN & CIULLA**
ANTHONY CIULLA                 5913
 aciulla@deanerlaw.com
720 S. Fourth Street, Suite 300
Las Vegas, Nevada  89101
Telephone:  (702) 382-6911
Facsimile:  (702) 366-0854

**GOODSILL ANDERSON QUINN & STIFEL**

| | |
|---|---|
| THOMAS L. BENEDICT | *ADMITTED PRO HAC VICE* |
|  tbenedict@goodsill.com | |
| EDMUND K. SAFFERY | *ADMITTED PRO HAC VICE* |
|  esaffery@goodsill.com | |
| REGAN M. IWAO | *ADMITTED PRO HAC VICE* |
|  riwao@goodsill.com | |
| SCOTT K.D. SHISHIDO | *ADMITTED PRO HAC VICE* |
|  sshishido@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Co-counsel for Plaintiffs
CALVIN KAWAMURA and
JEANIE KAWAMURA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN KAWAMURA and JEANIE KAWAMURA,<br><br>      Plaintiffs,<br><br>vs.<br><br>BOYD GAMING CORPORATION, a foreign corporation; M.S.W., INC., a foreign corporation d/b/a MAIN STREET | CASE NO. 2:13-cv-00203-JCM-GWF<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS':  (1) MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR GROSS NEGLIGENCE AND PUNITIVE |

| | |
|---|---|
| STATION CASINO BREWERY HOTEL; JOHN DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,<br><br>                              Defendants. | DAMAGES, FILED JANUARY 30, 2015 [DOC. 206]; (2) MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 30, 2015 [DOC. 207]; AND (3) RENEWED MOTION TO EXCLUDE KEN BRAUNSTEIN AS PLAINTIFFS' EXPERT WITNESS AND AS THEIR REBUTTAL EXPERT WITNESS, FILED FEBRUARY 4, 2015 [DOCS. 209 and 210]<br><br>No Trial Date Set |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS':  (1) MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR GROSS NEGLIGENCE AND PUNITIVE DAMAGES, FILED JANUARY 30, 2015 [DOC. 206]; (2) MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 30, 2015 [DOC. 207]; AND (3) RENEWED MOTION TO EXCLUDE KEN BRAUNSTEIN AS PLAINTIFFS' EXPERT WITNESS AND AS THEIR REBUTTAL EXPERT WITNESS, FILED FEBRUARY 4, 2015 [DOCS. 209 and 210]**

The parties hereto, by and through their undersigned counsel, hereby STIPULATE and AGREE that:

1.     The deadline for Plaintiffs Calvin Kawamura and Jeanie Kawamura ("Plaintiffs") to respond to Defendants Boyd Gaming Corporation and M.S.W., Inc.'s ("Defendants") Motion for Summary Judgment on Plaintiffs' Claims for Gross Negligence and Punitive Damages, filed January 30, 2015 [Doc. 206], shall be extended from February 23, 2015 to March 9, 2015.

2.     The deadline for Plaintiffs to respond to Defendants' Motion for Summary Judgment, filed January 30, 2015 [Doc. 207], shall be extended from February 23, 2015 to March 9, 2015.

3. The deadline for Plaintiffs to respond to Defendants' Renewed Motion to Exclude Ken Braunstein as Plaintiffs' Expert Witness and as their Rebuttal Expert Witness, filed February 4, 2015 [Docs. 209 and 210], shall be extended from February 21, 2015 to March 9, 2015.

DATED this 6th day of February, 2015.

**OLSON, CANNON, GORMLEY**
**ANGULO & STOBERSKI**

By: /s/ Salvatore C. Gugino
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 2268
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270

*Attorneys for Defendants*
*BOYD GAMING CORPORATION*
*and M.S.W., INC.*


**GOODSILL ANDERSON QUINN & STIFEL**

By: /s/ Scott K.D. Shishido
THOMAS L. BENEDICT, ESQ.
Admitted *Pro Hac Vice*
EDMUND K. SAFFERY, ESQ.
Admitted *Pro Hac Vice*
REGAN M. IWAO, ESQ.
Admitted *Pro Hac Vice*
SCOTT K.D. SHISHIDO, ESQ.
Admitted *Pro Hac Vice*

*Co-counsel for Plaintiffs*
*CALVIN KAWAMURA and JEANIE KAWAMURA*

## ORDER

IT IS SO ORDERED February 13, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GOODSILL ANDERSON QUINN & STIFEL

/s/ Scott K.D. Shishido
SCOTT K.D. SHISHIDO
Admitted Pro Hac Vice

*Co-counsel for Plaintiffs*
*CALVIN KAWAMURA and*
*JEANIE KAWAMURA*

_____
CALVIN KAWAMURA ET AL. V. BOYD GAMING CORPORATION, A FOREIGN CORPORATION, ET AL.; CASE NO. 2:13-cv-00203-JCM-GWF; *STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS': (1) MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS FOR GROSS NEGLIGENCE AND PUNITIVE DAMAGES, FILED JANUARY 30, 2015 [DOC. 206]; (2) MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 30, 2015 [DOC. 207]; AND (3) RENEWED MOTION TO EXCLUDE KEN BRAUNSTEIN AS PLAINTIFFS' EXPERT WITNESS AND AS THEIR REBUTTAL EXPERT WITNESS, FILED FEBRUARY 4, 2015 [DOCS. 209 AND 210].*