WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 006210
**OLSON, CANNON, GORMLEY ANGULO & STOBERSKI**
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - fax
wcannon@ocgas.com
sgugino@ocgas.com
tdillard@ocgas.com

Attorneys for Defendants
BOYD GAMING CORPORATION and
M.S.W., INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALVIN KAWAMURA, et. al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOYD GAMING CORPORATION, et al.,<br><br>    Defendants.<br>_____<br>BOYD GAMING CORPORATION, a Nevada corporation; M.S.W., INC., a Nevada corporation, dba MAIN STREET STATION CASINO, BREWERY and HOTEL,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER E. CORSON,<br><br>    Third-Party Defendant | CASE NO.: 2:13-cv-00203-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO REPLY TO PLAINTIFFS' RESPONSES TO DEFENDANTS' MOTIONS** |

The parties hereto, by and through their undersigned counsel, hereby STIPULATE and AGREE that:

1. The deadline for Defendants to respond to Plaintiffs' Responses to Defendants Boyd Gaming Corporation and M.S.W., Inc.'s Motion for Summary Judgment on Plaintiffs' Claims for Gross Negligence and Punitive Damages, filed January 30, 2015 [Doc. 206], shall be extended from April 3, 2013 to April 7, 2015.

2. The deadline for Defendants to Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, Filed January 30, 2015 ([Doc. 207], shall be extended from April 3, 2015, to April 7, 2015.

3. The deadline for Defendants to Reply to Plaintiffs' Opposition to Defendants' Renewed Motion To Exclude Ken Braunstein as Plaintiffs' Expert Witness and as their Rebuttal Expert Witness, filed February 4, 2015 [Docs. 209 and 210], shall be extended from April 3, 2015, to April 7, 2015.

DATED this 1st day of April, 2015

**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**

By: /s/ Salvatore C. Gugino, Esq.
WALTER R. CANNON, ESQ.
Nevada Bar No.001505
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006210
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4102 office
(702) 383-0701 fax
wcannon@ocgas.com
sgugino@ocgas.com
tdillard@ocgas.com

*Attorneys For Defendants*

DATED this 1st day of April, 2015

**GOODSILL ANDERSON QUINN & STIFEL**

By:/s/ Regan M. Iwao, Esq.
REGAN M. IWAO, ESQ.
Admitted *Pro Hac Vice*
EDMUND K. SAFFERY, ESQ.
Admitted *Pro Hac Vice*
SCOTT K. D. SHISHIDO, ESQ.
Admitted *Pro Hac Vice*
THOMAS L. BENEDICT, ESQ.
Admitted *Pro Hac Vice*
First Hawaiian Center, Suite 1600
99 Bishop Street
Honolulu, Hawaii 96813
Telephone (808) 547-5600
Facsimile (808) 547-5880
riwao@goodsill.com
esaffery@goodsill.com
sshishido@goodsill.com
tbenedict@goodsill.com

**Counsel for Plaintiffs
Calvin Kawamura and Jeanie Kawamura**

...
...

## ORDER

IT IS SO ORDERED April 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**

By: /s/ Salvatore C. Gugino, Esq.
WALTER R. CANNON, ESQ.
Nevada Bar No.001505
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006210
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4102 office
(702) 383-0701 fax
wcannon@ocgas.com
sgugino@ocgas.com
tdillard@ocgas.com
***Attorneys For Defendants***