# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN KAWAMURA and JEANIE KAWAMURA, | ) ) ) |
| Plaintiffs, | ) Case No. 2:13-cv-00203-JCM-GWF |
| vs. | ) **ORDER** |
| BOYD GAMING CORPORATION, *et al.*, | ) ) |
| Defendants. | ) ) |

This matter is before the Court on Plaintiff's Emergency Motion for Leave to File Sur-Reply (#226), filed on June 10, 2015. Defendants' Opposition (#227) was filed on June 29, 2015.

Plaintiff requests permission to file a sur-reply to the Defendants' reply to Defendants' motion for summary judgment. Plaintiffs argue that Defendants' Reply (#225) contains "inaccurate statements, mischaracterizations of the record, and omissions of fact." Plaintiffs wish to respond to the reply by highlighting these alleged inaccuracies. Plaintiffs have sufficiently established good cause for granting the motion. As Defendants bear the burden of proof on the motion for summary judgment, they will also be allowed to file a response to the sur-reply, should they wish to do so. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion for Leave to File Sur-Reply (#226) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their Sur-Reply no later than **July 7, 2015**.

. . .

. . .

**IT IS FURTHER ORDERED** that any response to the sur-reply by the Defendants be filed no later than **July 14, 2015**.

**DATED** this 30th day of June, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge