WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 006210
**OLSON, CANNON, GORMLEY ANGULO & STOBERSKI**
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - fax
wcannon@ocgas.com
sgugino@ocgas.com
tdillard@ocgas.com

Attorneys for Defendants
BOYD GAMING CORPORATION and
M.S.W., INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CALVIN KAWAMURA, et. al., | )<br>) |
| Plaintiffs, | )<br>)  CASE NO. :   2:13-cv-00203-JCM-GWF |
| vs. | )<br>) |
| BOYD GAMING CORPORATION, et al., | )<br>) |
| Defendants. | ) |
| ─────────────────────── | )<br>)  **STIPULATION AND ORDER** |
| BOYD GAMING CORPORATION, a Nevada corporation; M.S.W., INC., a Nevada corporation, dba MAIN STREET STATION CASINO, BREWERY and HOTEL, | )  **FOR DISMISSAL WITH**<br>)  **PREJUDICE**<br>)<br>)<br>)<br>) |
| Third-Party Plaintiffs, | )<br>) |
| vs. | )<br>) |
| CHRISTOPHER E. CORSON, | )<br>) |
| Third-Party Defendant | )<br>) |
| ─────────────────────── | ) |

*Law Offices of*
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Telecopier (702) 383-0701

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, REGAN M. IWAO, ESQ. of GOODSILL ANDERSON QUINN & STIFEL, on behalf of the Plaintiffs, CALVIN KAWAMURA and JEANNE KAWAMURA, and SALVATORE C. GUGINO, ESQ., on behalf of Defendant, M.S.W., INC. d/b/a MAIN STREET STATION, that each and every claim claim or cause of action in this matter between said Plaintiffs and Defendants, be dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED that Defendants have not dismissed its Third Party Complaint filed against Third-Party Defendant CHRISTOPHER E. CORSON on April 5, 2013, against whom a default was entered by the United States District Court Clerk on March 27, 2014 (#117).

...

This case is exempted from the mandatory arbitration program. There is currently no trial date scheduled.

| | |
|---|---|
| DATED this 3rd day of December, 2015. | DATED this 3rd day of December, 2015. |
| **OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI** | **GOODSILL ANDERSON QUINN & STIFEL** |
| By:  */ s / Salvatore C. Gugino, Esq.*<br>WALTER R. CANNON, ESQ.<br>Nevada Bar No.001505<br>SALVATORE C. GUGINO, ESQ.<br>Nevada Bar No. 002268<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006210<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>(702) 384-4102 office<br>(702) 383-0701 fax<br>wcannon@ocgas.com<br>sgugino@ocgas.com<br>tdillard@ocgas.com<br><br>*Attorneys For Defendants Boyd Gaming Corporation and M.S.W., INC. dba Main Street Casino, Hotel and Brewery* | By:/s/ *Regan M. Iwao, Esq.*<br>REGAN M. IWAO, ESQ.<br>Admitted *Pro Hac Vice*<br>EDMUND K. SAFFERY, ESQ.<br>Admitted *Pro Hac Vice*<br>SCOTT K. D. SHISHIDO, ESQ.<br>Admitted *Pro Hac Vice*<br>THOMAS L. BENEDICT, ESQ.<br>Admitted *Pro Hac Vice*<br>First Hawaiian Center, Suite 1600<br>99 Bishop Street<br>Honolulu, Hawaii 96813<br>Telephone (808) 547-5600<br>Facsimile (808) 547-5880<br>riwao@goodsill.com<br>esaffery@goodsill.com<br>sshishido@goodsill.com<br>tbenedict@goodsill.com<br><br>*Counsel for Plaintiffs Calvin Kawamura and Jeanie Kawamura* |

**ORDER**

IT IS SO ORDERED this ____ day of _____, 2015.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Submitted By:

**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**

By:  */ s / Salvatore C. Gugino, Esq.*
WALTER R. CANNON, ESQ.
Nevada Bar No.001505
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006210
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4102 office

*Attorneys For Defendants*

K:\SCG\Boyd\Kawamura v. Main Street Station 199..016\Pleadings.Wordperfect\2015 1117 Stipulation and Order for Dismissal With Prejudice.wpd