WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS D. DILLARD, ESQ.
Nevada Bar No. 006210
**OLSON, CANNON, GORMLEY ANGULO & STOBERSKI**
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - fax
wcannon@ocgas.com
sgugino@ocgas.com
tdillard@ocgas.com

Attorneys for Defendants
BOYD GAMING CORPORATION and
M.S.W., INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CALVIN KAWAMURA, et. al., | |
| Plaintiffs, | CASE NO. :   2:13-cv-00203-JCM-GWF |
| vs. | |
| BOYD GAMING CORPORATION, et al., | |
| Defendants. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BOYD GAMING CORPORATION, a Nevada corporation; M.S.W., INC., a Nevada corporation, dba MAIN STREET STATION CASINO, BREWERY and HOTEL, | |
| Third-Party Plaintiffs, | |
| vs. | |
| CHRISTOPHER E. CORSON, | |
| Third-Party Defendant | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, REGAN M. IWAO, ESQ. of GOODSILL ANDERSON QUINN & STIFEL, on behalf of the Plaintiffs, CALVIN KAWAMURA and JEANNE KAWAMURA, and SALVATORE C. GUGINO, ESQ., on behalf of Defendant, M.S.W., INC. d/b/a MAIN STREET STATION, that each and every claim claim or cause of action in this matter between said Plaintiffs and Defendants, be dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED that Defendants have not dismissed its Third Party Complaint filed against Third-Party Defendant CHRISTOPHER E. CORSON on April 5, 2013, against whom a default was entered by the United States District Court Clerk on March 27, 2014 (#117).

...

...

...

...

...

...

...

...

...

...

...

...

...

...

...

...

This case is exempted from the mandatory arbitration program. There is currently no trial date scheduled.

DATED this 3rd day of December, 2015.    DATED this 3rd day of December, 2015.

**OLSON, CANNON, GORMLEY,**              **GOODSILL ANDERSON QUINN**
**ANGULO & STOBERSKI**                   **& STIFEL**

By:  */ s / Salvatore C. Gugino, Esq.*   By: /s/ *Regan M. Iwao, Esq.*
     WALTER R. CANNON, ESQ.                  REGAN M. IWAO, ESQ.
     Nevada Bar No.001505                    Admitted *Pro Hac Vice*
     SALVATORE C. GUGINO, ESQ.               EDMUND K. SAFFERY, ESQ.
     Nevada Bar No. 002268                   Admitted *Pro Hac Vice*
     THOMAS D. DILLARD, JR., ESQ.            SCOTT K. D. SHISHIDO, ESQ.
     Nevada Bar No. 006210                   Admitted *Pro Hac Vice*
     9950 W. Cheyenne Avenue                 THOMAS L. BENEDICT, ESQ.
     Las Vegas, Nevada 89129                 Admitted *Pro Hac Vice*
     (702) 384-4102 office                   First Hawaiian Center, Suite 1600
     (702) 383-0701 fax                      99 Bishop Street
     wcannon@ocgas.com                       Honolulu, Hawaii 96813
     sgugino@ocgas.com                       Telephone (808) 547-5600
     tdillard@ocgas.com                      Facsimile (808) 547-5880
                                             riwao@goodsill.com
*Attorneys For Defendants*                   esaffery@goodsill.com
*Boyd Gaming Corporation and*                sshishido@goodsill.com
*M.S.W., INC. dba Main Street*               tbenedict@goodsill.com
*Casino, Hotel and Brewery*
                                         *Counsel for Plaintiffs*
                                         *Calvin Kawamura and Jeanie Kawamura*

**ORDER**

IT IS SO ORDERED December 23, 2015.

/s/ James C. Mahan
_____
UNITED STATES DISTRICT JUDGE

Submitted By:

**OLSON, CANNON, GORMLEY,**
**ANGULO & STOBERSKI**

By:  */ s / Salvatore C. Gugino, Esq.*
     WALTER R. CANNON, ESQ.
     Nevada Bar No.001505
     SALVATORE C. GUGINO, ESQ.
     Nevada Bar No. 002268
     THOMAS D. DILLARD, JR., ESQ.
     Nevada Bar No. 006210
     9950 W. Cheyenne Avenue
     Las Vegas, Nevada 89129
     (702) 384-4102 office

*Attorneys For Defendants*

K:\SCG\Boyd\Kawamura v. Main Street Station 199..016\Pleadings.Wordperfect\2015 1117 Stipulation and Order for Dismissal With Prejudice.wpd